Wayne A. BROWN, Plaintiff–Appellant,

v.

Doctor KOLOUGO; Mary Taranaski, Health Services Administrator; Hampton Roads Regional Jail; J. Jones, Registered Nurse, Defendants–Appellees.

No. 03–6353.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 27, 2003.

Wayne A. Brown, Appellant Pro Se.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Wayne A. Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to pay the initial partial filing fee as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Kolougo,* No. CA–02–897–3 (E.D.Va. Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*